# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D2025-2196

————————————————

DANIEL PAUL SANSONE,

   Petitioner,

   v.

TOMMY FORD,

   Respondent.

————————————————

Petition for Writ of Habeas Corpus—Original Proceedings.


August 5, 2026


PER CURIAM.

   DISMISSED. *Godwin v. State*, 593 So. 2d 211, 212 (Fla. 1992).

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————


Jim Ballack of Ballack Law Group, PLLC, Ft. Walton Beach, for Petitioner.

No appearance for Respondent.